

# Fourth Court of Appeals
## San Antonio, Texas

Monday, April 6, 2015

No. 04-15-00045-CR and 04-15-00046-CR

Freddie Lee **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR6965 and 2009CR8008
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

On January 30, 2015, Appellant filed notices of appeal with this court. On March 30, 2015, court reporter Mary Beth Simpkins filed notices of late reporter's records. The notices state Appellant has not provided the court reporter with written requests to prepare the reporter's records, *see* TEX. R. APP. P. 34.6(b), or made arrangements to pay for the records, *see id.* R. 20.2.

Therefore, we ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) Appellant has delivered written requests to prepare the reporter's records to court reporter Mary Beth Simpkins that designates the exhibits to be included, *see id.* R. 34.6(b), and (2) either the reporter's fees have been paid or arrangements have been made to pay the reporter's fees, or Appellant is entitled to appeal without paying the reporter's fees, *see id.* R. 20.2.

If Appellant fails to respond within the time provided, Appellant's briefs will be due within THIRTY DAYS of the date of this order, and the court will only consider those issues or points raised in Appellant's briefs that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2015.

Keith E. Hottle
Clerk of Court